**United States District Court**
For the Northern District of California

**\*E-FILED ON 7/12/05\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIBERTY INSURANCE CORPORATION, | No. C05-00016 HRL |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED** |
| RYLEY MCGILLIS, ROBERT MCGILLIS and DOES 1-25, | |
| Defendants. | |

This matter was set for an initial case management conference on July 12, 2005, 1:30 p.m. No appearance was made by plaintiff.[1]  IT IS ORDERED THAT plaintiff appear before the undersigned on **Tuesday, July 26, 2005, 1:30 p.m.** in Courtroom 2, 5th Floor, United States District Courthouse, 280 South First Street, San Jose, California 95113 and show cause why this matter should not be dismissed for failure to prosecute. **No later than July 19, 2005**, plaintiff shall file a declaration setting forth good cause, if any, why this action should not be dismissed. Failure to comply with this order shall be deemed grounds for dismissal.

Dated:  July 12, 2005

/s/ Howard R. Lloyd
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] The docket sheet suggests that defendants may have been served; however, they have not yet appeared in this action.

1. 5:05-cv-16 Notice will be electronically mailed to:
2. Sherry Lynn Santa Cruz    sherry.santacruz@libertymutual.com
3. Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.