*E-FILED ON 7/29/05*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LIBERTY INSURANCE CORPORATION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RYLEY MCGILLIS, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C05-00016 HRL<br><br>**(1) ORDER DISSOLVING JULY 12, 2005 ORDER TO SHOW CAUSE AND (2) ORDER TO SHOW CAUSE RE SETTLEMENT** |

　　　　Plaintiff failed to file a case management statement by July 5, 2005 and did not appear at the July 12, 2005 case management conference.  On July 12, 2005, this court issued an order to show cause why this case should not be dismissed for failure to prosecute and set the show cause hearing for July 26, 2005.  Plaintiff also failed to appear at that hearing; and on July 26, 2005, counsel filed a belated response to the order to show cause, advising that this action was settled on July 5, 2005.

　　　　The court takes a very dim view of counsel's inattention to this matter and advises that claimed "scheduling errors" are a thin excuse indeed.  Further, although Sherry Lynn Santa Cruz was identified as plaintiff's lead counsel, the court is informed that David Hausfeld is the attorney at plaintiff's counsel's firm who is primarily responsible for handling this case.  He apparently is not registered for e-filing under the court's CM/ECF program as required by the court's General Order No. 45.  **<u>Counsel are advised to take all necessary steps to ensure that Mr. Hausfeld promptly</u>**

**receives all notices and orders of this court**.

Nevertheless, in light of the settlement of this action, IT IS ORDERED THAT:

1. The July 12, 2005 Order to Show Cause is DISSOLVED.

2. **On or before September 16, 2005**, plaintiff shall file a dismissal pursuant to Fed.R.Civ.P. 41(a).  If a dismissal is not filed by the specified date, plaintiff shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **September 27, 2005, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed.R.Civ.P. 41(a).

3. Plaintiff shall file a statement in response to this Order to Show Cause **no later than September 20, 2005**.  The statement shall advise of (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.  If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and plaintiff need not file a statement in response to this Order.

Dated: July 29, 2005

/s/ Howard R. Lloyd
_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2

5:05-cv-16 Notice will be electronically mailed to:

Sherry Lynn Santa Cruz     sherry.santacruz@libertymutual.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Courtesy copy will be mailed to:

David Hausfeld
Brownwood, Chazen & Cannon
525 "B" Street, Suite 1300
San Diego, CA 92101

**Pursuant to General Order No. 45, counsel is reminded of the obligation to register for e-filing.**